THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA  94903
Telephone:  415/674-8600
Facsimile:   415/674-9900
tfrankovich@disabilitieslaw.com

Attorney For Plaintiff ,

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY CASH,<br><br>    Plaintiff,<br><br>v.<br><br>HISAGO; ANGELA Y. LAM, Trustee of the GENE and ANGELA LAM 2003 Trust dated June 19, 2003,<br><br>    Defendants.<br>_____ | CASE NO.3:14-cv-00686-LB<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

    The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: December 3, 2014       THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*

                              By: */s/ Thomas E. Frankovich*
                              Thomas E. Frankovich
                              Attorney for Plaintiff HOLLY CASH

Dated: December 3, 2014       **ROCHESTER, WONG & SHEPARD, A P.C.**

                              Permission to use electronic signature given on 12/3/2014

                              By: */s/ William R. Sheppard*
                              William R. Sheppard
                              Attorney for Defendants HISAGO; ANGELA Y. LAM, Trustee of the GENE and ANGELA LAM 2003 Trust dated June 19, 2003

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: December 8, 2014

Honorable Magistrate Laurel Beeler
UNITED STATES DISTRICT JUDGE